DOROTHY HEATH v. BOARD OF MANAGERS OF THE
JERSEY CITY MEDICAL CENTER.

March 30, 1982.

Petitions for certification granted.

MARLEN STANTON v. MARK L. STANTON.

March 30, 1982.

Petition for certification denied.

ROBERT YEHLE v. NESTLE COMPANY, INC.

March 30, 1982.

Petition for certification denied.

CHARLOTTE COGLIATI v. BERNARD OSTER.

March 30, 1982.

Petition for certification granted.